# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRANE E. DAVIS, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 08-cv-356-WDS |
| vs. ) | |
| ) | CRIMINAL NO. 94-cr-3009-WDS |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## **JUDGMENT**

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| June 30, 2009 | By: | s/ WILLIAM D. STIEHL |
| *Date* | | *District Judge* |